**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **UP Fieldgate US Investments--Fashion Square, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-5051990 |

| 4. | Debtor's address | **Principal place of business**<br><br>**3201 E Colonial Dr**<br>**Orlando, FL 32803**<br>Number, Street, City, State & ZIP Code<br><br>Orange<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>**Fashion Square Mall**<br>**3201 E Colonial Drive Orlando, FL 32803**<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Debtor  **UP Fieldgate US Investments--Fashion Square, LLC**      Case number (*if known*) _____
         Name

### 7. Describe debtor's business

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **53**

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **UP Development Key West Holdings, LLC** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **Middle District, Orlando Florida** | When **1/06/17** | Case number, if known **6:17-bk** |

Debtor  **UP Fieldgate US Investments--Fashion Square, LLC**　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　　　　　　　　　　　　　Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>　　　　　Contact name _____<br>　　　　　Phone _____ |

　　　**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000<br>☐ 50-99　　　　☐ 5001-10,000　　　　☐ 50,001-100,000<br>☐ 100-199　　　☐ 10,001-25,000　　　☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000　　　　　　☐ $1,000,001 - $10 million　　　　☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000　　　■ $10,000,001 - $50 million　　　　☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000　　 ☐ $50,000,001 - $100 million　　　☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million　　 ☐ $100,000,001 - $500 million　　 ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000　　　　　　☐ $1,000,001 - $10 million　　　　☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000　　　■ $10,000,001 - $50 million　　　　☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000　　 ☐ $50,000,001 - $100 million　　　☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million　　 ☐ $100,000,001 - $500 million　　 ☐ More than $50 billion |

Debtor    UP Fieldgate US Investments--Fashion Square, LLC    Case number (*if known*)
       Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 6, 2017**
                 MM / DD / YYYY

X  **/s/ Scott D. Fish**                                                            **Scott D. Fish**
    Signature of authorized representative of debtor      Printed name

Title  **MgrMbr**

**18. Signature of attorney**

X  **/s/ R Scott Shuker**                                            Date  **January 6, 2017**
    Signature of attorney for debtor                                            MM / DD / YYYY

**R Scott Shuker**
Printed name

**Latham, Shuker, Eden & Beaudine, LLP**
Firm name

**PO Box 3353**
**Orlando, FL 32802-3353**
Number, Street, City, State & ZIP Code

Contact phone  **(407) 481-5800**        Email address

**984469**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | UP Fieldgate US Investments--Fashion Square, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Beshears & Associates 610 S Albany Ave Tampa, FL 33606 | | Appraisal | | | | $4,000.00 |
| Blown Away PO Box 618271 Orlando, FL 32861 | | Maintenance | | | | $24,610.00 |
| Cintas PO Box 630910 Cincinnati, OH 45263 | | Housekeeping Supplies | | | | $6,799.00 |
| City of Orlando 78 W Central Ave Orlrando, FL 32801 | | Fees | | | | $4,900.00 |
| Express Lock Service PO Box 530104 Orlando, FL 33285-3000 | | Maintenance | | | | $8,135.00 |
| FF Maintenance 4224 Anson Lane, Unit 101 Orlando, FL 32814 | | Maintenance Services | | | | $22,000.00 |
| Frank Herring 1721 Palm Avenue Winter Park, FL 32789 | | Commission | | | | $98,769.00 |
| FSM Maintenance 3201 E Colonial Dr Orlando, FL 32803 | | Maintenance | | | | $22,395.00 |
| Hudson Air Conditioning 2700 Junction Road Zellwood, FL 32798 | | HVAC Services | | | | $11,205.00 |

Debtor  **UP Fieldgate US Investments--Fashion Square, LLC**              Case number *(if known)*
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Johnson Real Estate Law, PA<br>3662 Lower Union Road<br>Orlando, FL 32789 | | Legal Services | | | | $25,138.00 |
| Martin Roofing Services<br>2720 Forsyth Rd, Ste 200A<br>Winter Park, FL 32792 | | Roofing Mainenance | | | | $63,703.00 |
| Mike Atwood Excavating<br>PO Box 3307<br>Deland, FL 32721 | | Demolition services | | | | $83,500.00 |
| MMM Lakewood, LLP<br>605 E Robinson St Suite 620<br>Orlando, FL 32801 | | Ground Rent | | | | $59,312.00 |
| Orlando Utilities Commission<br>PO Box 31329<br>Tampa, FL 33631 | | Utilities | | | | $53,768.00 |
| Robert Trotman<br>2045 Shroud Street #205<br>Orlando, FL 32814 | | Commissions | | | | $98,769.00 |
| Schmid Construction<br>1655 East Highway 50<br>Clermont, FL 34711 | | Construction Services | | | | $48,500.00 |
| Sears<br>12670 Collection Drive<br>Chicago, IL 60693 | | Ground Rent | | | | $13,498.00 |
| Seritage SRC Finance, LLC<br>489 Fifth Avenue, 18th Floor<br>New York, NY 10017 | | Ground Rent | | | | $148,476.00 |
| Sloane & Johnson, PLLC<br>3660 Maguire Blvd, Ste 102<br>Orlando, FL 32803 | | Legal Services | | | | $131,337.00 |
| Wragg & Casas Public Relations Inc<br>1221 Brickell Ave, Ste 730<br>Miami, FL 33131 | | Services | | | | $12,000.00 |

# United States Bankruptcy Court
## Middle District of Florida

In re    **UP Fieldgate US Investments--Fashion Square, LLC**              Case No.

                                                    Debtor(s)              Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Scott Fish**<br>3201 E Colonial Dr<br>Orlando, FL 32803 | N/A | N/A | Sole Mgr Mbr |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **MgrMbr** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 6, 2017**                Signature  **/s/ Scott D. Fish**
                                                    **Scott D. Fish**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   **UP Fieldgate US Investments--Fashion Square, LLC**                                   Case No.
                                                Debtor(s)                                      Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the MgrMbr of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 6, 2017**          /s/ **Scott D. Fish**
                                     **Scott D. Fish/MgrMbr**
                                     Signer/Title

UP Fieldgate US Investments-Fashion Square, LLC
3201 E Colonial Dr
Orlando, FL 32803

Ashok Chadda & Associates
610 S Albany Ave
Tampa, FL 33606

PO Box 630910
Cincinnati, OH 45263

R Scott Shuker
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

Beya
PO Box 8115
Santurce, PR 00910

City of Orlando
78 W Central Ave
Orlrando, FL 32801

Ahmad Elkhatib
c/o McBurger
114 Magnolia Park Trail
Sanford, FL 32773

Blown Away
PO Box 618271
Orlando, FL 32861

Claire's Stores, Inc
Three Southwest 129th Ave
Pembrook Pines, FL 33027

AJ Masters Entertainment, LL
1610 Eagle Feather Drive
Kissimmee, FL 34746

Bob's Speed and Sport Card
2307 - 124th Dr East
Parrish, FL 34219

Coca Cola #2961499
1 Coca Cola Plz nW
Atlanta, GA 30313

All Cell
Attn: Daniel Elias, VP/COO
4280 Church Street
Sanford, FL 32771

Brighthouse Networks
PO Box 31337
Tampa, FL 33631

Coliseum of Comics
13305 Whisper Bay Drive
Clermont, FL 34711

Animal Rides, Inc
d/b/a LEDZ Shoes
3100 SW College Road
Ocala, FL 34474

Brijan Enterprises, LLC
1501 Nestlewood Trail
Orlando, FL 32837

Cornerstone Apparel, Inc
Attn: Mr. Tae Yi
5807 Smithway Street
Commerce, CA 90040

ATM USA
Attn: Brad Nesbit
2200 Gateway Centre Blvd, St
Morrisville, NC 27560

Candy Shop Boutique
PO Box 2445
Milford, CT 06460

Covelli Family Ltd
Partnership #3319
3900 Easst Market Street
Warren, OH 44484

Auntie Anne's
Attn: President/Gen Mgr
1833 Westover Reserve Blvd
Windemere, FL 34786

CBS Mail Div
405 Lexington Avenue
New York, NY 10174

CTM Group, Inc
(Kiddie Rides #2)
9 Northeastern Blvd
Salem, NH 03079

Bamboo Chi, Inc
d/b/a Home Spa
1531 Americana Blvd #13H
Orlando, FL 32839

Charlotte Russe #43
5910 Pacific Center Blvd, St
San Diego, CA 92121

D'Rachel's Boutique
3201 E Colonial Dr B-16
Orlando, FL 32803

Bamboo Pillows
d/b/a Vape Shoppe
3100 SW College Road
Ocala, FL 34474

China Breeze/He Chang, LLC
9833 Downey Cove Dr, F-07
Orlando, FL 33282-5000

Delores Jewelry & Watch Repair
14009 King Sago Ct
Orlando, FL 32828

Detour Clothing Company
8024 Melrose Drive
Orlando, FL 32829

Dillard's Inc Store #227
PO Box 486
Little Rock, AR 72203

Doo Kin
D&J Jewelry
164 Constitution Way
Winter Springs, FL 32708

E & Y Ventures, LLC
7678 Persian Court
Orlando, FL 32819

Express #262 Structure
52 Westerville Sq Shopping
PMB #275
Westerville, OH 43081

Express Lock Service
PO Box 530104
Orlando, FL 33285-3000

Fancy Nails
7822 Antibes
Orlando, FL 32825

FF Maintenance
4224 Anson Lane, Unit 101
Orlando, FL 32814

FIS Outdoor
300 Central Park Drive
Sanford, FL 32771

Florida Dept of Revenue
Attn: Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

[Column 2]
PO Box 2943
Harrisburg, PA 17105-2943

Foto Fantasy Inc
Innovative Foto
8A Industrial Way
Salem, NH 03079

Frank Herring
1721 Palm Avenue
Winter Park, FL 32789

FSM Maintenance
3201 E Colonial Dr
Orlando, FL 32803

Fuji Express
9833 Downey Cove Dr
Orlando, FL 32825

Gallery Shoes, LLC
12120 Diedra Court
Orlando, FL 32825

Game Stop
625 Westport Parkway
Grapevine, TX 76051

General Nutrition Center
300 Sicth Avenue, 4th Floor
Store #239
Pittsburgh, PA 15222

GMRI Inc
Olive Garden #0021002
PO Box 695012
Orlando, FL 32869

Gold & Silver Fashions
4 EverSky
11424 Center Lake
Windermere, FL 34786

[Column 3]
Great Unlimited &
Custom T-Shirts LLC
1105 Constantine Street
Orlando, FL 32825

H & Q Jewelers
355 W Chapman Road
Oviedo, FL 32765

Hot Topic
18305 E San Jose Ave
City of Industry, CA 91748

Hudson Air Conditioning
2700 Junction Road
Zellwood, FL 32798

Ink Spot Tatoo
75 E Colonial Drive
Orlando, FL 32801

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Svc*
Spec Proc Function
PO Box 35045, Stop 5720
Jacksonville, FL 32202

JC Penney Property Mgmt
PO Box 10001 M/S 2104
Store 709
Dallas, TX 75031

Jimmy Jazz
85 Metro Way
Secaucus, NJ 07094

Johnson Real Estate Law, PA
3662 Lower Union Road
Orlando, FL 32789

Journey's/Genesco
1415 Murfreesboro Rd
Ste #628 Store 1289
Nashville, TN 37217

Kevin A Reck, Esq
Foley & Lardner LLP
a/f The Bancorp Bank
111 N Orange Ave, Ste 1800
Orlando, FL 32801

Lids
1425 Murfreesboro Pike
Nashville, TN 37217

Lilly's Perfume Inc - Cart
10106 Garden Rose Ct
Orlando, FL 32825

Lolo Beauty Group Inc
3201 E Colonial Dr #E-01
Orlando, FL 32803

Macy's Southeast #813
c/o Macy's Retail Hld RE
7 W 7th Street - 17th Floor
Cincinnati, OH 45202

Madrag
5601 Westside Ave
North Bergen, NJ 07047

Mark Wolfson, Esq
Foley & Lardner LLP
a/f The Bancorp Bank
100 N Tampa St, Ste 2700
Tampa, FL 33602

Martin Roofing Services
2720 Forsyth Rd, Ste 200A
Winter Park, FL 32792

Men's Choice-Milanos
6024 Melrose Drive
Orlando, FL 32829

PO Box 3307
Deland, FL 32721

Mini Queen dba Kingz Anime
3640 Mt Vernon Way
Kissimme, FL 34741

MMM Lakewood, LLP
605 E Robinson St
Suite 620
Orlando, FL 32801

Murat Uygun
dba Fashion Cell Accesories
3577 Wilshire Way Rd
Orlando, FL 32829

Murray Insurance Agency
195 Wekiva Springs Rd #100
Longwood, FL 32779

Number 7 Inc/Sirens
50 Duff Law Road
Toronto, Ontario
CANADA M6A 2WI

One Stop Shop
Apex Trading Co
10603 Rainbow Trout Court
Orlando, FL 32822

Orange Cty Bd of
County Commissioners
Attn: Ann Caswell
PO Box 1393
Orlando, FL 32802

Orange Cty Tax Collector
Attn: Scott Randolph
PO Box 545100
Orlando, FL 32802-2551

Orlando Utilities Commission
PO Box 31329
Tampa, FL 33631

PO Box 68042
Aneheim, CA 92817

Paint, Sip & Swirl Inc
1101 Terrace Blvd
Orlando, FL 32803

Payless Shoesource Inc
Sstore #4025
PO Box 3560
Topeka, KS 66601

Pearl Eyelab Express/
Luxottica
Attn: Lease Admin #006511
PO Box 8508
Mason, OH 45040

Perfect Brow Art
Attn: E Proikos-Gorgees
3223 Lake Avenue #15C
Wilmette, IL 60091

Pete's Karate
2048 Kensington Run Drive
Orlando, FL 32828

Pizza De Milan Inc
3201 E Colonial Dr #F-04
Orlando, FL 32803

Premier Cinema Corp
Attn: Gary Moore, Pres
600 Avondale Drive
Big Springs, TX 79720

Producing LLC
4419 Fox Street
Orlando, FL 32814

Rack Room Shoes, Inc
Attn: Lease Admin
8310 Technology Drive
Charlotte, NC 28262

Red LipsDosmetics
dba Next Trend Prod
3621 Colonial Rd #712
Orlando, FL 32839

Reliance Plumbing
PO Box 568035
Orlando, FL 32856

Robert Trotman
2045 Shroud Street #205
Orlando, FL 32814

Roberts & Roberts Mgmt Svcs
Attn: Samuel Roberts
1969 S Alafaya Trail #133
Orlando, FL 33828

Sam's Watch & Jewelry Repair
3247 E Colonial Dr #D-70
Orlando, FL 32803

Schindler Elevator Corp
PO Box 93050
Chicago, IL 60673

Schmid Construction
1655 East Highway 50
Clermont, FL 34711

Scott Fish
3201 E Colonial Dr
Orlando, FL 32803

Sears
12670 Collection Drive
Chicago, IL 60693

Sears
Attn: Stephanie Baker
3333 Beverly Rd BC-131A
Hoffman Estates, IL 60179

489 Fifth Avenue, 18th Floor
New York, NY 10017

Sharky's Amusements LLC
PO Box 4213
Deland, FL 32721

Silver Mine-4 Ever Sky
11424 Center Lake
Windermere, FL 34786

Sloane & Johnson, PLLC
3660 Maguire Blvd, Ste 102
Orlando, FL 32803

Smarte Carte-Strollers
4455 White Bear Pkwy
St Paul, MN 55110

Spencer Gifts Inc
6826 Black Horse Pike
Egg Harbor Twnship, NJ 08234

Spring Communications Inc
155 N 400 West, Ste 300
Salt Lake City, UT 84103

Sprint Store by Arch-4G
Mobility LLC
Attn: A Ghal & S Sachdeva
1940 W Corporate Way
Aneheim, CA 92801

SRV LLC/Calendar Hlds LLC
6411 Burleson Rd
Austin, TX 78744

Sterling Inc/Kay
Real Estate Dept
375 Ghent Road
Akron, OH 44333

3201 E Colonial Dr
Orlando, FL 32803

Subway #18417
2277 Lee Road
Winter Park, FL 32789

Sun N' Fun Vending Inc
532 Spring Lake Circle
Tarpon Springs, FL 34688

Sunglass Hut/Luxottica
Attn: Lease Admin #4501
PO Box 8508
Mason, OH 45040

Sunshine Fitness
Fashion Square, LLC
408 E Ridgewood St
Orlando, FL 32803

Sunshine School Uniform
and Supply Co
16345 NW 57th Ave
Miami Lakes, FL 33014

T Mobile
Attn: Nat'l Lease Complianc
12920 SE 38th Street
Bellevue, WA 98006

TECO
PO Box 31017
Tampa, FL 33631

The Bancorp Bank
1818 Market Street
Philadelphia, PA 19103

The Bancorp Bank
Attn: Betsy Z. Cohen
409 Silverside Road
Wilmington, DE 19809

The Finish Line
3308 N Mitthoefer Rd
Indianapolis, IN 46235

Store 957/Totally Pagoda
PO Box 152777
Irving, TX 75015

The Orlando Party Shuttle In
1076 Chesterfield Circle
Winter Springs, FL 32708

Things Remembered #167
5500 Avion Park Drive
Highland Heights, OH 44143

Torrid
18305 San Jose Ave
Attn: Pres/Gen Mgr
City of Industry, CA 91748

Tradelinks USA Inc
TeamSports-Sportz
6220 Meredith Erin Lane
Orlando, FL 33281-9000

Traffic Shoes
Goodman & Dominquez Inc
10701 NW 127th Street
Medley, FL 33178

Vans #237
2 North 20th Street
Suite 1700
Birmingham, AL 35203

Venator Group Rertail Inc
dba Champs
PO Box 2943
Haarrisburg, PA 17105

Verona Collection LLC
8208 Baja Blvd
Orlando, FL 32817

Wragg & Casas
Public Relations Inc
1221 Brickell Ave, Ste 730
Miami, FL 33131

Case 6:17-bk-00088-CCJrp Doc 1   Filed 01/06/17   Page 13 of 13