**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

UP – FIELDGATE US INVESTMENTS – FASHION SQUARE, LLC,

Case No. 6:17-bk-00088-CCJ

Chapter 11

Debtor.
_____/

**THE BANCORP BANK'S RESPONSE AND OBJECTION TO APPLICATION OF UP FIELDGATE US INVESTMENTS-FASHION SQUARE, LLC TO EMPLOY R. SCOTT SHUKER AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, AS DEBTOR'S COUNSEL, *NUNC PRO TUNC* TO JANUARY 6, 2017**

Secured creditor, The Bancorp Bank ("Bancorp" or "Lender"), a Delaware chartered banking corporation, by and through its undersigned counsel, hereby responds and files its objection to Application of UP Fieldgate US Investments-Fashion Square, LLC to Employ R. Scott Shuker and the Law Firm of Latham, Shuker, Eden & Beaudine, LLP, as Debtor's Counsel, *Nunc Pro Tunc* to January 6, 2017 ("the Application"), filed on January 17, 2017 (DKT #26), as follows:

1. On January 6, 2017, Debtor filed its chapter 11 petition.

2. That same day, Debtor filed a motion for use of cash collateral ("CC Motion") under a proposed budget (the "Budget") (DKT #3).

3. On January 10, 2017, Lender filed it objection to the CC Motion (DKT #13).

4. On January 11, 2017, the Court conducted a hearing on the CC Motion and entered an interim order thereon on January 12, 2017 (the "Interim CC Order") (DKT #20).

5. On January 18, 2017, Lender filed a motion for relief from the automatic stay under Section 363(d)(1) & (d)(2) (the "Stay Motion"), the allegations of which are incorporated herein by reference (DKT #30). Thereafter, on January 23, 2017, Lender filed a motion

pursuant to Section 1112(b) of the Bankruptcy Code, for entry of an order dismissing the instant Chapter 11 case and/or converting the case to a case under Chapter 7 (DKT #38).

6. As detailed in the afore-referenced motions, the Debtor filed this hugely underwater, single asset case in bad faith for the improper purpose of interfering with Lenders legitimate remedies in the foreclosure action pending in Federal District Court, while at the same time continuing to mismanage the Debtor. In any event, Lender objects to the subject engagement (assuming the case is not dismissed or converted) because the Debtor <u>is not</u> entitled to pay its counsel from Lender's "cash collateral" without its consent, which it does not grant for this purpose. *Putnal v. SunTrust Bank*, 489 B.R. 285 (Bankr. M.D. Ga. 2013). Debtor cannot provide Lender adequate protection for the use of the revenues to pay a law firm who is providing his services to assist in trying to maintain this chapter 11 case. If Debtor's principal wishes to be solely responsible and liable for the law firm's fees and expenses, without any right of contribution or other claim against the estate, then the Court can determine whether payment by the insider creates any conflict of interest.

7. The statement of hourly rates in the Application does not bind Lender or this Court as to their appropriateness for this case.

Wherefore, Bancorp responds to the Application of UP Fieldgate US Investments-Fashion Square, LLC to Employ R. Scott Shuker and the Law Firm of Latham, Shuker, Eden & Beaudine, LLP, as Debtor's Counsel, *Nunc Pro Tunc* to January 6, 2017.

| Co-counsel: | Respectfully Submittted, |
|---|---|
| | */s/ Kevin A. Reck* |
| Kevin A. Reck (FBN 0505552) | Mark J. Wolfson (FBN 0352756) |
| Primary email: kreck@foley.com | Primary email: mwolfson@foley.com |
| Secondary email: bshelley@foley.com | Secondary email: crowell@foley.com |
| Foley & Lardner LLP | Foley & Lardner LLP |
| 111 N. Orange Avenue, Suite 1800 | 100 North Tampa Street, Suite 2700 |
| Orlando, FL 32801 | Tampa, FL 33602-5810 |
| Telephone: 407.423.7656 | Telephone: 813.229.2300 |
| Facsimile: 407.648.1743 | Facsimile: 813.221.4210 |
| Attorneys for Bancorp | Attorneys for Bancorp |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with the Court via the ECF system and furnished on this 26th day of January, 2017 via U.S. Mail to the 20 largest unsecured creditors and to:

**UP Fieldgate US Investments-Fashion Square, LLC**
33201 E. Colonial Drive
Orlando, FL 32803

**R. Scott Shuker**
Latham Shuker Eden & Beaudine LLP
P.O. Office 3353
Orlando, FL 32802

**Elena L. Escamilla**
Office of the United States Trustee
400 W. Washington Street, Suite 1100
Orlando, FL 32801

**United States Trustee – ORL**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

*/s/ Kevin A. Reck*
Attorney