## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **In re:** | **CASE NO. 6:17-BK-00088 CCJ** |
| **UP FIELDGATE US INVESTMENTS – FASHION SQUARE, LLC,** | **CHAPTER 11** |
| **Debtor.** _____/ | |

## NOTICE OF FILING

**UP FIELDGATE INVESTMENTS – FASHION SQUARE, LLC,** by and through its undersigned counsel, hereby gives notice of filing its **EMERGENCY MOTION FOR AN ORDER PURSUANT TO FED. R. BANKR. P. 9019 APPROVING THE SETTLEMENT AGREEMENT BY AND AMONG THE DEBTOR AND THE BANCORP BANK, IN ADDITION TO, MOTION TO SHORTEN TIME FOR NOTICE PURSUANT TO FED. R. BANKR. P. 2002(a)(3),** as a replacement filing for **Docket Entry 69**, filed in the above-referenced case on February 15, 2017.

Dated: February 15, 2017

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 984469
Daniel A. Velasquez, Esq.
Florida Bar No. 0098158
**Latham, Shuker, Eden & Beaudine, LLP**
111 N. Magnolia Ave., Suite 1400
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
rshuker@lseblaw.com
dvelasquez@lseblaw.com
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**                                                                                  **CASE NO.: 6:17-bk-00088-CCJ**

**UP FIELDGATE US INVESTMENTS –**                      **CHAPTER 11**
**FASHION SQUARE, LLC**

      **Debtor.**
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true copy of the **NOTICE OF FILING and EMERGENCY MOTION FOR AN ORDER PURSUANT TO FED. R. BANKR. P. 9019 APPROVING THE SETTLEMENT AGREEMENT BY AND AMONG THE DEBTOR AND THE BANCORP BANK, IN ADDITION TO, MOTION TO SHORTEN TIME FOR NOTICE PURSUANT TO FED. R. BANKR. P. 2002(a)(3)**, together with any exhibits, , has been furnished either electronically to: Scott Fish, Managing Member, UP Fieldgate US Investments  Fashion Square, LLC, 3201 E. Colonial Drive, Orlando, Florida 32803; The Bancorp Bank, c/o Mark J. Wolfson, Esq., and Kevin A. Reck, Esq., Foley & Lardner LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602 5810, mwolfson@foley.com, kreck@foley.com; and all parties who receive electronic notice via CM/ECF in the ordinary course of business; and the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801; and on February 16, 2017 by U.S. First Class, postage prepaid mail to all creditors and parties-in-interest as shown on the matrix attached to original of this notice filed with the Court; or by Federal Express to any party not located in Central Florida.

                                            /s/ R. Scott Shuker
                                            R. Scott Shuker, Esq.