UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In re:**
UP-FIELDGATE US INVESTMENTS-    Case No. 6:17-bk-00088-CCJ
FASHION SQUARE, LLC,

                                                    Chapter 11
   **Debtor.**
_____/

### THE BANCORP BANK'S AMENDMENT TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Pursuant to the Settlement Agreement filed in this case, Secured creditor, The Bancorp Bank ("Lender" or "Bancorp"), a Delaware chartered banking corporation, hereby amends Lender's Motion for Relief from the Automatic Stay previously filed January 17, 2017, (DE 30) to withdraw the allegations therein which asserted the case was a "bad faith" filing and claims of mismanagement or other wrongful conduct by the Debtor, its sole member or any of its management.

| Co-counsel: | Respectfully Submitted, |
|---|---|
| | */s/ Mark J. Wolfson* |
| Kevin A. Reck (FBN 0505552) | Mark J. Wolfson (FBN 0352756) |
| kreck@foley.com | mwolfson@foley.com |
| Foley & Lardner LLP | Foley & Lardner LLP |
| 111 N. Orange Avenue, Suite 1800 | 100 North Tampa Street, Suite 2700 |
| Orlando, FL 32801 | Tampa, FL 33602-5810 |
| Telephone: 407.423.7656 | Telephone: 813.229.2300 |
| Facsimile: 407.648.1743 | Facsimile: 813.221.4210 |
| Attorneys for Bancorp | Attorneys for Bancorp |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with the Court via the ECF system and furnished on this 22nd day of February, 2017 via U.S. Mail to the 20 largest unsecured creditors and to:

| | |
|---|---|
| **UP Fieldgate US Investments-Fashion Square, LLC**<br>3201 E. Colonial Drive<br>Orlando, FL 32803 | **R. Scott Shuker**<br>Latham Shuker Eden & Beaudine LLP<br>P.O. Office 3353<br>Orlando, FL 32802 |
| **Elena L. Escamilla**<br>Office of the United States Trustee<br>400 W. Washington Street, Suite 1100<br>Orlando, FL 32801 | **United States Trustee – ORL**<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801 |

                                                */s/ Mark J. Wolfson*
                                                Attorney